No. 72–1707. INTERNATIONAL WIRE v. LOCAL 38, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1711. BASSETT v. ALABAMA. Sup. Ct. Ala. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1712. IN RE HOROWITZ. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1715. DEAKTOR ET AL. v. FOX GROCERY CO. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1717. RIZZO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1724. KARNAP v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6208. WRIGHT v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6342. HAMBLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6414. RIDINGS ET AL. v. KERR, CHAIRMAN, CALIFORNIA ADULT AUTHORITY, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.